# ALLEN, STEIN & DURBIN, P.C.

ATTORNEYS AT LAW

MARK R. STEIN
JENNIFER G. DURBIN
JOHN C. HOWELL
ISIDRO O. CASTANON
TOM L. NEWTON, JR.
KATHERINE M. WILLIS
ASHLEY E. GIORDANO
JOHN B. GRISSOM
DANIELA A. JIMENEZ
DAKIN W. ALDERSON

**SAN ANTONIO**
6243 IH-10 WEST
SUITE 700
SAN ANTONIO, TEXAS 78201
210.734.7488
210.738.8036 FAX

PALACIOS
1602 MAIN STREET
SUITE 129
PALACIOS, TEXAS 77465
361.972.6006
361.972.3444 FAX

OF COUNSEL:

ROBERT A. ALLEN
SHARON D. HOBBS
TAMMY BRUCH CLICK

October 11, 2024

**VIA E-SERVICE**

Hon. Fred Biery
United States District Judge
Western District of Texas
San Antonio Division
262 West Nueva St.
San Antonio, TX 78207

Re:   Civil Action No. SA-23-CA-1388-FB; Juan Antonio Rodriguez vs. Singh Mandeep and JHB Trucking, Inc.; In the United States District Court for the Western District of Texas, San Antonio Division
Our File No. 6090-059

Dear Judge Biery:

This letter is to advise you that I recently served as mediator and mediated the above-captioned personal injury case arising out of a vehicular collision which occurred on June 23, 2023. We are pleased to inform you that this matter has been settled.

Sincerely,

Mark R. Stein

MRS:mg
Doc. #2635828/6090-059

cc:   Mr. Manuel C. Maltos
      Mr. Diego J. Levy
      Mr. Daniel J. Paret